UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80764-CIV-MARRA

KEPLER LAURORE,

    Plaintiff,

vs.

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Kepler Laurore, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted this 13th day of September 2017.

          /s/Anthony C. Norman_____
          Anthony C. Norman, Esq.
          Florida Bar No. 112105
          Anthony@fight13.com
          Loan Lawyers, LLC
          2150 S. Andrews Avenue, 2nd Floor
          Ft. Lauderdale, FL 33316
          Telephone: (954) 523-4357
          Facsimile: (954) 581-2786
          Counsel for Plaintiff

*TC-0046*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2017, a true and correct copy of the foregoing was forwarded via E-mail to: Issa K. Moe General Counsel and Chief Compliance Officer of First National Collection Bureau, Inc. at issa.moe@fncbinc.com.

By: /s/Anthony C. Norman
     Anthony C. Norman, Esq.
     Florida Bar No. 112105